

| | | | |
|---|---|---|---|
| Anderson v. Person | 3757 EDA 2015<br>Affirmed | 06/21/2016 | August Term, 2015,<br>No. 150803144<br>(Philadelphia) |
| Com. v. Schmitz | 456 MDA 2015<br>Affirmed | 06/21/2016 | CP–14–CR–0001459–<br>2013<br>(Centre) |
| Com. v. Catrone | 1142 MDA 2015<br>Reversed and<br>Remanded | 06/21/2016 | CP–40–CR–0004713–<br>2008<br>(Luzerne) |
| Com. v. Woodside | 1322 MDA 2015<br>Affirmed | 06/21/2016 | CP–19–CR–0000683–<br>2013<br>(Columbia) |
| Com. v. Keefer | 1860 MDA 2015<br>Vacated and<br>Remanded | 06/21/2016 | CP–67–CR–0004132–<br>2013<br>(York) |
| Amsler v. Orchard House Prop. LLC | 1893 MDA 2015<br>Appeal<br>dismissed | 06/21/2016 | 2013–CV–253<br>(Sullivan) |
| Com. v. Luckett | 1909 MDA 2015<br>Affirmed | 06/21/2016 | CP–35–CR–0001573–<br>1995<br>(Lackawanna) |
| Com. v. Rinaldi | 2080 MDA 2015<br>Affirmed | 06/21/2016 | CP–01–CR–0001054–<br>2001<br>(Adams) |
| Com. v. Rowe | 2137 MDA 2015<br>Affirmed | 06/21/2016 | CP–36–CR–0003175–<br>2010<br>(Lancaster) |
| Com. v. Prysock | 1856 WDA 2014<br>Affirmed | 06/21/2016 | CP–02–CR–0001401–<br>2007<br>CP–02–CR–0003062–<br>2006<br>CP–02–CR–0014464–<br>2006<br>CP–02–CR–0015363–<br>2006<br>CP–02–CR–0015558–<br>2006<br>CP–02–CR–0015559–<br>2006<br>(Allegheny) |
| Gavco Materials v. Brayman Construction [19] | 697 WDA 2015<br>Reversed and<br>Remanded | 06/21/2016 | No. 173 of 2015 GD<br>(Fayette) |
| Com. v. Koons | 1383 WDA 2015<br>Reversed and<br>Appellant<br>Discharged | 06/21/2016 | CP–42–CR–0000519–<br>2013<br>(McKean) |
| In the Interest of A.H.; Appeal of J.L.K. | 1651 WDA 2015<br>Quashed | 06/21/2016 | 41, 42, 43, 44 of 2015<br>(Butler) |
| Com. v. Reddick | 1284 EDA 2015<br>Affirmed | 06/22/2016 | CP–51–CR–0006774–<br>2009<br>(Philadelphia) |

**19.** Petition for reargument denied August 25, 2016.